**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.A JONES & CO., | |
| Plaintiff, | |
| v. | C.A. No. 26-_____ |
| JLS AUTOMATION, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

<u>**PLAINTIFF R.A JONES & CO.'S DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, through the undersigned counsel,

Plaintiff R.A Jones & Co. ("RA Jones") discloses as follows:

1.      RA Jones is wholly-owned by Coesia S.p.A.

2.      No publicly held corporation owns 10% or more of RA Jones stock.

Dated: June 17, 2026

*Of Counsel:*

Brett A. Schatz
**WOOD, HERRON, & EVANS, L.L.P**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 241-2324
bschatz@whe-law.com

**SMITH KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff R.A Jones & Co.*