AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Joel Morales*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

| | |
|---|---|
| **R.A JONES & CO.** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-00711-UNA |
| | ) |
| **JLS AUTOMATION, LLC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to JLS AUTOMATION, LLC c/o CORPORATION TRUST CENTER in New Castle County, DE on July 6, 2026 at 9:37 am at 1209 N Orange St, Wilmington, DE 19801-1120 by leaving the following documents with Robin Huttbanks who as Intake Specialist at Company Trust Corporation is authorized by appointment or by law to receive service of process for JLS AUTOMATION, LLC c/o CORPORATION TRUST CENTER.

COMPLAINT - JURY TRIAL DEMANDED
EXHIBIT A
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Female, Est. Age: 65+, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7483797197,-75.5475055294
Photograph: See Exhibit 1

Total Cost: $122.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Philadelphia County               ,

   PA    on   7/7/2026      .

/s/ *Kimberly Mcmullin*
_____

Signature
Kimberly Mcmullin
+1 (484) 319-1715



Exhibit 1a)

Exhibit 1b)

**SOP Intake** Portal

**Date:** Mon, Jul 6, 2026

**Time:** 9:58 AM

**Name:** Wilmington Drop Serve

**Phone:** 800-592-9023

**Juris Served:** DE

**Job ID:** 868612

**Total Entries:** 10

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
|---|---|---|
| VIATRIS INC. | THE CORPORATION TRUST COMPANY | 124CV07387NDI11 |
| REPUBLIC SERVICES, INC. | THE CORPORATION TRUST COMPANY | |
| REDCO CORPORATION | THE CORPORATION TRUST COMPANY | 262206155SEA |
| METROPOLITAN LIFE INSURANCE COMPANY | | 262206155SEA |
| JLS AUTOMATION, LLC | THE CORPORATION TRUST COMPANY | 126CV00711UNA |
| IMO INDUSTRIES LLC | THE CORPORATION TRUST COMPANY | 262206155SEA |
| BRAND INSULATIONS, INC. | | 202206155SEA |
| QUEST DIAGNOSTICS INCORPORATED | THE CORPORATION TRUST COMPANY | 36903CCL |
| FANTASIA TRADING LLC | BUSINESS FILINGS INCORPORATED | 026CV03145DWFDJF |
| ALLIANCE LAUNDRY SYSTEMS LLC | THE CORPORATION TRUST COMPANY | 2620174418 |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Robin Huttbanks

.

CT Corporation, a Wolters Kluwer Company