**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| R.A JONES & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-711-MN |
| v. | ) | |
| | ) | |
| JLS AUTOMATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff R.A Jones & Co. and Defendant JLS Automation, LLC, through their undersigned counsel and subject to the approval of the Court, that the deadline by which Defendant will answer, move, or otherwise respond to the Complaint in this action shall be extended through and including August 17, 2026.

Dated: July 13, 2026                                  Respectfully submitted,

SMITH KATZENSTEIN & JENKINS LLP                WOMBLE BOND DICKINSON (US) LLP

*/s/ Daniel A. Taylor*                               */s/ Stephanie S. Riley*
Neal C. Belgam (#2721)                           Stephanie S. Riley (#5803)
Daniel A. Taylor (#6934)                          Andrew M. Moshos (#6685)
1000 N. West Street, Suite 1501                 1313 North Market Street, Suite 1200
Wilmington, DE 19801                             Wilmington, DE 19801
(302) 652-8400                                    (302) 252-4320
nbelgam@skjlaw.com                               stephanie.riley@wbd-us.com
dtaylor@skjlaw.com                               andy.moshos@wbd-us.com

*Counsel for Plaintiff R.A Jones & Co.*           *Counsel for Defendant JLS Automation, LLC*

2

## [PROPOSED] ORDER

IT IS SO ORDERED, this _____ day of _____, 2026.


_____
The Honorable Maryellen Noreika

2