**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.A JONES & CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 26-711-MN |
| v. | ) |
| | ) |
| JLS AUTOMATION, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT JLS AUTOMATION, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JLS Automation, LLC ("JLS") makes this corporate disclosure statement.  JLS does not have a parent corporation and no publicly held corporation owns 10% or more of JLS's stock.

Dated: July 13, 2026

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
Andrew M. Moshos (#6685)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
stephanie.riley@wbd-us.com
andy.moshos@wbd-us.com

*Counsel for Defendant JLS Automation, LLC*