# EXHIBIT A

US011273944B2

(12) **United States Patent**
**Pickett**

(10) **Patent No.: US 11,273,944 B2**
(45) **Date of Patent: Mar. 15, 2022**

(54) **ADAPTIVE CONTAINER LOADING ASSEMBLY**

(71) Applicant: **JLS Automation**, York, PA (US)

(72) Inventor: **Gary Pickett**, Indian Trail, NC (US)

(73) Assignee: **JLS Automation**, York, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 264 days.

(21) Appl. No.: **16/554,855**

(22) Filed: **Aug. 29, 2019**

(65) **Prior Publication Data**

US 2021/0061506 A1 Mar. 4, 2021

(51) **Int. Cl.**

| | |
|---|---|
| ***B65B 59/00*** | (2006.01) |
| ***B65B 43/42*** | (2006.01) |
| ***B65G 54/02*** | (2006.01) |
| ***B65B 5/10*** | (2006.01) |
| ***B65B 5/02*** | (2006.01) |
| *B65B 43/10* | (2006.01) |
| *B65G 47/90* | (2006.01) |
| *B65B 35/10* | (2006.01) |
| *B65B 59/02* | (2006.01) |
| *B65B 43/08* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***B65B 59/003*** (2019.05); ***B65B 5/024*** (2013.01); ***B65B 5/105*** (2013.01); ***B65B 43/42*** (2013.01); ***B65G 54/02*** (2013.01); *B65B 35/10* (2013.01); *B65B 43/08* (2013.01); *B65B 43/10* (2013.01); *B65B 59/001* (2019.05); *B65B 59/02* (2013.01); *B65B 2210/04* (2013.01); *B65G 47/90* (2013.01)

(58) **Field of Classification Search**
CPC ........ B65G 47/90; B65G 54/02; B65B 5/024; B65B 5/105; B65B 5/08; B65B 59/001; B65B 59/003; B65B 59/005; B65B 59/02; B65B 43/42; B65B 43/52; B65B 43/56; B65B 57/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,177,930 A | 1/1993 | Harston et al. | | |
| 6,876,107 B2 * | 4/2005 | Jacobs | H02K 11/215 | 310/12.19 |
| 6,876,896 B1 * | 4/2005 | Ortiz | B29C 66/8351 | 700/112 |
| 8,074,578 B2 | 12/2011 | Thornton | | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2865602 A1 * | 4/2015 | B65B 59/005 |

*Primary Examiner* — Joshua G Kotis
(74) *Attorney, Agent, or Firm* — Barley Snyder

(57) **ABSTRACT**

An adaptive container loading assembly is provided and includes a container forming assembly, a container shuttle assembly, and a product transport assembly. The container forming provides a plurality of varying sized containers. The container shuttle assembly is positioned adjacent to the container forming assembly and includes a linear synchronous motor guideway shaped in an endless loop, and a plurality of transport vehicles moveable about the guideway, each transport vehicle a leading shuttle and a trailing shuttle spaced apart by a determined distance to accommodate and receive the plurality of varying sized containers. The product transport assembly is positioned adjacent the container shuttle assembly and includes a robot arm to position product in the plurality of varying sized containers.

**17 Claims, 16 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,827,071 | B2 * | 9/2014 | van de Loecht | B65G 17/12 198/805 |
| 8,863,669 | B2 | 10/2014 | Young et al. | |
| 9,309,017 | B2 * | 4/2016 | Langen | B65B 43/52 |
| 9,604,795 | B2 * | 3/2017 | Aumann | B65G 54/02 |
| 9,731,854 | B2 * | 8/2017 | Mann | B65B 57/14 |
| 9,856,096 | B2 * | 1/2018 | Hanisch | B65G 54/02 |
| 10,035,663 | B2 * | 7/2018 | Ford | B65B 11/004 |
| 10,569,974 | B2 * | 2/2020 | Neubauer | B65G 54/02 |
| 10,974,914 | B2 * | 4/2021 | Kleinikkink | H02K 41/02 |
| 2015/0158611 | A1 * | 6/2015 | Kalany | B65B 5/06 53/443 |
| 2016/0207658 | A1 * | 7/2016 | Bellante | B65B 51/02 |

* cited by examiner




FIG. 1




FIG. 2




FIG. 3


280
P
300
320
216
212
214
210
220
100
310
312
P
110
130
130
200
216

FIG. 4




FIG. 5


200
210
252
216
220
252
218
212
218
223
252
214
222
252
252
222
280
222
210

FIG. 6


216
220
252
220
252
220
220
200
220
220
212
214
220
252
220
218c
218
286
280
218a
282
288
220
216

FIG. 7



$H^B$
230,232
223
212
252
$H^A$
234
242
218c
230,232
252
288
218b
220
220
228
214
286
252
242
230,236
228
218a
284
226
224
228
280
222
288
200
282


FIG. 8


238
240
220
230
236
226
230
244
228
246
248
232
234
223
242
243
224
222
226

FIG. 9


220
234
238
240
230
230
236
248
245
248
244
247
246
243
224
222
226
228

FIG. 10




FIG. 11




FIG. 12




FIG. 13


252
266
266b
272
258
268
268b
266b
266
256
260
266
266a
272a
272b
268a
268
272b
266a
266
270
254a
254b

FIG. 14



266b
266
258
268b
268
266b
266
260
262
256a
256c
266a
256a
266a
256
272
272b
254
254b
268a
256c
266
266a


FIG. 15




FIG. 16

# ADAPTIVE CONTAINER LOADING ASSEMBLY

## FIELD OF THE INVENTION

The invention relates to a container loading assembly and, more particularly, to an adaptive container loading assembly for loading varying sized containers using a container shuttle assembly.

## BACKGROUND

Product packaging for food provides protection, tampering resistance, and product information of processed food before it is delivered to the consumer.

A container, which is typically used for packaging, is generally made of chip board or paper board, but is not limited to these materials. Examples of this type of container are cereal boxes, boxes of snack cakes, and boxes containing a frozen food meal. These containers are usually made by a container forming machine that produces one or more sized containers that are either stored or and then sent downstream to be loaded.

There are many known techniques for loading containers for food packaging including the following two main packaging methods for cartoning: (1) load the product into the container through the side or end of the container, and (2) load the product through the top of the container. These containers are usually made by a machine producing one size at a time that is either stored or and then sent downstream to be packaged by a loading assembly that loads product into the container. However, known loading assemblies are fit to handle one sized container at a time. There is a need to efficiently load varying size containers using a unitary assembly without downtime to adjust the machine performing loading of the containers.

## SUMMARY

An adaptive container loading assembly is provided and includes a container forming assembly, a container shuttle assembly, and a product transport assembly. The container forming provides a plurality of varying sized containers. The container shuttle assembly is positioned adjacent to the container forming assembly and includes a linear synchronous motor guideway shaped in an endless loop, and a plurality of transport vehicles movable about the guideway, each transport vehicle a leading shuttle and a trailing shuttle spaced apart by a determined distance to accommodate and receive the plurality of varying sized containers. The product transport assembly is positioned adjacent the container shuttle assembly and includes a robot arm to position product in the plurality of varying sized containers.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described by way of example with reference to the accompanying figures, of which:

FIG. **1** is a perspective view of a container loading assembly according to the invention;

FIG. **2** is a front partial perspective of the container loading assembly of FIG. **1**, showing the major components thereof without protective housing and structural supports detailed in FIG. **1**;

FIG. **3** is a front view of the container loading assembly of FIG. **2**;



FIG. **4** is a rear perspective view of the container loading assembly of FIG. **2**;

FIG. **5** is a rear view of the container loading assembly of FIG. **2**;

FIG. **6** is a perspective view of a container shuttle assembly according to the invention;

FIG. **7** is a front view of the container shuttle assembly of FIG. **6**;

FIG. **8** is a close-up perspective view of the container shuttle assembly of FIG. **6**;

FIG. **9** is a close-up front perspective view of a guideway of container shuttle assembly of FIG. **6**;

FIG. **10** is a close-up rear perspective view of a guideway of container shuttle assembly of FIG. **6**;

FIG. **11** is a perspective view of a plurality of transport vehicles of a container shuttle assembly according to the invention;

FIG. **12** is a bottom view of the plurality of transport vehicles of FIG. **11**;

FIG. **13** is a top view of the plurality of transport vehicles of FIG. **11**;

FIG. **14** is a top perspective view of a transport vehicle of a container shuttle assembly according to the invention;

FIG. **15** is a bottom perspective view of the transport vehicle of FIG. **14**; and

FIG. **16** is a top view of a container shuttle assembly according to the invention showing the major components without protective housing (H) and structural supports (S) thereof.

## DETAILED DESCRIPTION OF THE EMBODIMENT(S)

Exemplary embodiments of the present invention will be described hereinafter in detail with reference to the attached drawings, wherein like reference numerals refer to like elements. The present invention may, however, be embodied in many different forms and should not be construed as being limited to the embodiments set forth herein; rather, these embodiments are provided so that the present disclosure will be thorough and complete, and will fully convey the concept of the disclosure to those skilled in the art.

Now with reference to the figures, an adaptive container packaging assembly **1** ("container packaging assembly **1**") according to the invention is shown.

As shown in FIGS. **1-5**, the container packaging assembly **1** according to the invention generally includes a container forming assembly **100**, a container shuttle assembly **200**, a product transport assembly **300**, and a positioning management system **400**. For purposes of detail and clarity, FIG. **2-16** do not include the protective housing (H) and structural supports (S) shown in FIG. **1**, in order to view the following major components of the present invention. One skilled in the art should appreciate that the protective housing (H) and structural supports (S) are used known to the art and are used to generally protect and structurally support the major components the present invention.

With reference to FIGS. **1-5**, a container forming assembly **100** according to the invention is provided and is an apparatus for forming paperboard containers from flat blanks. Container blanks (B) are fed from a magazine **110** to the face of a forming die **120**, a reciprocating plunger **130** is provided to push the blank through the die **120** forming the container C.

For purposes of enablement, this description will focus on use of a paper carton as a container C. However, one skilled in the art should appreciate that any container can be used

with the container packaging assembly **1** within the spirit of the invention. This would be any known container to hold product to be packaged, including boxes, cans, cartons, totes, cases, etc.

The container forming assembly **100** of the shown embodiment may be constructed in the manner of a container forming apparatus known in the art—as adapted in accord with the teachings hereof—and, more particularly, for example, in the manner of the container forming apparatus described and shown in U.S. Pat. No. 5,177,930, the teachings of which is incorporated by reference herein, including by way of non-limiting example, in the manner of the forming containers disclosed in of this publications—again, as adapted in accord with the teachings hereof.

In the shown embodiment, the container forming assembly **100** includes varying sized dies **120** and plungers **130**. As shown, each die **120** and corresponding plunger **130** is sized to make a specific sized and shaped container C. The magazine **110** holds varying sized blanks to match the varying sized dies **120** and plungers **130**. Accordingly, the container forming assembly **100** can make varying sized containers C on demand. For instance, the container forming assembly **100** is capable of making sequential large and small containers, in sequence of alternating sizes. In the alternative, the container forming assembly **100** can produce only one sized container C, for a selected sequence, and then produce another second sized container C intermittently between sequences of the first sized container C.

In the shown embodiment, the container forming assembly **100** further includes container transport mechanism **150** having a plurality of catch arm **152** with an end effector **154**.

Each catch arm **152** is mechanical articulating or rotating member with the end effector **154** fixed to an end of the catch arm **152** and is capable of directly interfacing with the container C formed from one of the forming dies **120**. The end effector **154** is used to secure the container C to the catch arm **152** in a fixed orientation. In the shown embodiment, the end effector **154** is a suction. The end effector **154** could alternatively be fingers grasping the container, pins penetrating the container, a device attaching to the container by adhesion, or any other type of end effector known to those with ordinary skill in the art.

As shown, the catch arm **152** is positioned below one of the forming dies **120** and can move to position the end effector **154** to grasp the container C from the bottom of the die **120**. The catch arm **152** then positions the container C over the a container shuttle assembly **200**,

Now with reference to FIGS. **6-10**, a container shuttle assembly **200** according to the invention is shown. In an exemplary embodiment of the invention, the container shuttle assembly **200** is provided and generally includes a frame assembly **210**, a linear synchronous motor (LSM) guideway **220** (“guideway **220**”), a plurality of transport vehicles **250**, and an unloading assembly **280**.

In an exemplary embodiment, a frame assembly **210** according to the invention is shown in FIGS. **6** and **7**. The frame assembly **210** generally includes top walls **212**, bottom walls **214**, side walls **216**, and a plurality of support pieces **218**.

In the shown embodiment, the frame assembly **210** generally includes a pair of top walls **212** positioned apart and running parallel to each other. Each top wall **212** is a plate like member made from a rigid material, such as aluminum. Likewise, the frame assembly **210** generally includes a pair of bottom walls **214** positioned apart and running parallel to each other. Each bottom wall **214** is a plate like member



made from a rigid material, such as aluminum. The top walls **212** are spaced apart from and run parallel to the bottom walls **214**.

As shown in FIGS. **6** and **7**, each end of the frame assembly **210** includes a pair of side walls **216**. In the shown embodiment, each side wall **216** is a plate like member having a C shape (see also FIG. **8**). Each pair of side walls **216** are spaced apart from each other and correspond to the top walls **212** and bottom walls **214**.

The frame assembly **210** also includes a plurality of support pieces **218** to support the top walls **212**, bottom walls **214**, and side walls **216** in position and secure them with respect to each other. In the embodiment shown, the top walls **212**, bottom walls **214**, side walls **216** are positioned to correspond with an oval shape frame or endless loop. In an exemplary embodiment of the invention, the frame assembly **210**, more specifically, includes a plurality of floor support pieces **218***a*, a plurality of wall support pieces **218***b*, and support brackets **218***c*.

Now with reference to FIGS. **6-8**, an exemplary embodiment of the guideway **220** is shown and generally includes a plurality of drive modules **222**, a plurality of guide rails **230**, and plurality of guide rail brackets **242**.

In an exemplary embodiment, the guideway **220** is a vehicle transport system using a plurality linear synchronous motor (LSM) stators using power to provide a linear force along its length thereof. As shown, the guideway **220** is arranged as a continuous loop with ends creating an oval shaped configuration. The guideway **220** may be of unitary construction, though, as shown in an exemplary embodiment of invention, the guideway **220** is fabricated from a plurality of drive modules **222**.

Each drive module **222** is a long-stator linear motor section and generally includes a housing **224** enclosing a plurality of propulsion coils **226**, as well as position sensing logic (sensors), power electronic components, and microprocessors **228** that serve as controllers for individual drive modules **222**. The housing **224** includes a low friction guide surface **223** positioned on a top thereof.

Each drive module **222** may be constructed in the manner of LSM stators known in the art—as adapted in accord with the teachings hereof—and generally in the manner of the guideway described and shown in incorporated-by-reference U.S. Pat. Nos. 8,074,578 and 8,863,669—and as adapted in accord with the teachings here below.

In the shown embodiment, each drive module **222** is positioned in and secured to the frame assembly **210** in a continuous loop, an oval shaped arrangement, as shown.

With reference to FIGS. **9** and **10**, the plurality of guide rails **230** are shown and secured to outer surfaces of the drive modules **222**. In the shown embodiment, each guide rail **230** is an elongated rectangular member extending along and secured to an outer surfaces of teach drive module **222**. As shown, the guide rail **230** follow the shape of the frame assembly **210** and each drive module **222**.

In an exemplary embodiment of the invention, the guide rails **230** generally include a first guide rail **232** positioned on one side of the drive module **222** and a second guide rail **236** positioned on an opposite side of the drive module **222**. Each guide rail **230** is positioned such that a top surface is substantially planar with the low friction guide surface **223** of the drive module **222**.

More specifically, the first guide rail **232** is an elongated rectangular shaped member having a planar top surface **234** that is positioned substantially planar with the low friction guide surface **223** of the drive module **222**. The second guide rail **236** is generally an elongated rectangular shaped mem-

ber running parallel to the first guide rail **232**. However, in contrast, the second guide rail **236** includes a pair grooves (an inner guide groove **238** and an outer guide groove **240**) positioned on a top surface thereof. The inner guide groove **238** and the outer guide groove **240** are positioned substantially planar with the low friction guide surface **223** of the drive module **222** and run parallel to each other. The inner guide groove **238** and the outer guide groove **240** are identical v-shaped grooves in the shown embodiment. However, one skilled in the art would appreciate that the other shapes and size configurations are possible within spirit o of the invention.

As shown, the guide rails **230** are secured to the frame assembly **210** about the drive modules **222** using the plurality of guide rail brackets **242**.

As shown in FIGS. **9** and **10**, each guide rail bracket **242** includes a body **243** having a frame connection section **244**, a first guide rail connection section **245**, and a second guide rail connection section **246**.

As shown, the body **243** is a monolithic member made from a material having high strength, such as aluminum, steel or iron. However, one skilled in the art should appreciate other materials can be used.

According to the invention, the frame connection section **244** is positioned along one end of the body **243**. In an exemplary embodiment, the frame connection section **244** is a planar body running transverse to the drive module **222** and the guide rails **230**. As shown, the frame connection section **244** includes a support for strength and a plurality of fastener receiving passageways for securing the frame connection section **244** to the frame assembly **210** using fasteners.

According to the invention, the first guide rail connection section **245** and the second guide rail connection section **246** are positioned along another end of the body **243** with respect to the frame connection section **244**. The first guide rail connection section **245** and the second guide rail connection section **246** are formed from a block member and separated from each other to provide a drive module receiving section **247** extending there through. The first guide rail connection section **245** and the second guide rail connection section **246** extend on either side of the u-shaped drive module receiving section **247** and include guide rail feet **248** that include a plurality of fastener receiving passageways for securing the first guide rail connection section **245** and the second guide rail connection section **246** to the first guide rail **232** and the second guide rail **236**, respectively using fasteners.

Now with reference to FIGS. **11-15**, an exemplary embodiment of a transport vehicle **250** according to the invention is shown. The transport vehicle **250** generally includes a pair of shuttles **252** (a leading shuttle **252***a* and a trailing shuttle **252***b* spaced apart from the each other).

As shown each shuttle **252** includes an upper body **254**, an inner body **256**, a pair of first guide rollers **258**, a pair of second guide rollers **260**, and a carrier assembly **264**.

In an exemplary embodiment of the invention, the upper body **254** is a u shaped member having an upper planar surface **254***a* and a pair of ends **254***b* extending downward therefrom. The inner body **256** is a monolithic body positioned within a receiving space of the u-shaped body and secured to ends **254***b* of the upper body **254**.

In an exemplary embodiment, as shown, the inner body **256** generally includes a body having magnet receiving space **256***a* for receiving a magnet **262**, a cover **256***b* covering the magnet **262**, and a pair of roller connection members **256***c*.

Each roller connection member **256***c* is a finger like member extending outward, from sides of the body to hold a pair of rollers (a pair of first guide rollers **258**, a pair of second guide rollers **260**). Each roller connection member **256***c*, on a single side, is offset from a corresponding roller connection member **256***c* along an axis (L) in the embodiment shown. In the embodiment shown, each roller connection member **256***c* is s-shaped. However, one skilled in the art should appreciate that other design and shape configurations are possible with in the spirit of the invention.

As shown in FIGS. **14** and **15**, an exemplary embodiment of a carrier assembly **264** according to the invention is shown. The carrier assembly **264** is positioned on and secured to the upper planar surface **254***a* of the upper body **254**. In an exemplary embodiment, the carrier assembly **264** is a monolithic body with a pair of first carrier sections **266**, a second carrier section **268** and a holding block receiving space **270**.

In the embodiment shown, each first carrier section **266** generally includes a pair of leading extension members **266***a* and a trailing extension member **266***b* extending outward a center thereof. More particularly, the first carrier section **266** is fork shaped with the trailing extension member **266***b* extending in an opposite direction from the pair of leading extension members **266***a*. The trailing extension member **266***b* is a single finger like member extending outward from a center thereof, while the pair of leading extension members **266***a* are a pair of finger like members extending outward from a center thereof. The pair of leading extension members **266***a* are u-shaped in the embodiment shown, with a trailing extension member receiving space **266***c* there between. The trailing extension member receiving space **266***c* is shaped and sized to correspond with a trailing extension member **266***b* of an adjacent shuttle **252** (i.e. a leading shuttle **252***a* or a trailing shuttle **252***b*)

In the embodiment shown, the second carrier section **268** generally includes a front extension member **268***a*, a rear extension members **268***b* extending from a center of the carrier assembly **264** and offset from the front extension member **268***a*. More particularly, the second carrier section **268** is s-shaped with the front extension member **268***a* extending in an opposite direction from the rear extension members **268***b*. The front extension member **268***a* is a single finger like member extending outward from a center thereof. Likewise, the rear extension member **268***b* is a finger like member that also extends outward from the center thereof, but in an opposite direction. In an exemplary, the front extension member **268***a* and the rear extension member **268***b* run parallel to each other but are offset such that a front extension member **268***a* of an adjacent shuttle **252** may be positioned adjacent to the rear extension member **268***b*, when shuttles **252** are stacked next to each other.

As shown, the holding block receiving space **270** is a groove extending through the monolithic body and runs transverse to the first carrier section **266** and the second carrier section **268**. The holding block receiving space **270** is sized and shaped to receive and secure the holding block **272**.

As further shown in FIGS. **14** and **15**, an exemplary holding block **272** is shown and generally includes a support body **272***a* and plurality of stops **272***b*. The support body **272***a* is a plat like member that extends a width of the monolithic body of the carrier assembly **264** and is sized to fit and be secure in the holding block receiving space **270**. Each stop **272***b* is a block like member that extends upward from the support body **272***a* and the first carrier sections **266** and the second carrier section **268**. As shown, each stop

**272***b* is a l-shaped with opposing planar surfaces extending outward from a center thereof and corresponding with the first carrier section **266** or the second carrier section **268**. However, one skilled in the art should appreciate that the other shapes and designs are possible in spirit of the invention. While the shown holding block **272** is made of separate pieces, one skilled in the art should appreciate that the holding block **272** could be a monolithic piece formed from a single piece of material, such as metal or a rigid plastic.

As assembled, the carrier assembly **264** is secured to the upper planar surface **254***a* of the upper body **254**, while the inner body **256** is positioned between and secured to the pair of ends **254***b* of the upper body **254**. The pair of first guide rollers **258** are positioned and secured to one side of the inner body **256**, and the pair of second guide rollers **260** are positioned on an opposite of the inner body **256** as described above.

Now with reference to FIGS. **6-8**, an exemplary unloading assembly **280** for a container shuttle assembly **200** according to the invention is shown. In an exemplary embodiment, the unloading assembly **280** is generally a plate like member positioned above the guideway **220** by a height $H^A$ slightly higher than a height $H^B$ of the transport vehicle **250** sitting on the guideway **220**. However, as shown, the holding block **272** may be slightly positioned above unloading assembly **280** so that the holding block **272** can continue pushing the carton C along the unloading assembly **280** until the shuttle **252** arc away from unloading assembly **220** as it continues along the guideway **220**. The unloading assembly **280** generally includes a guide surface section **282** positioned on a trailing end there and a pair of leading outer arms **284** and a pair of leading inner arms **286** positioned on a leading end thereof. A plurality of guide support pieces **288** are provided to secure unloading assembly **280** to the frame assembly **210** and the guideway **220**

According to the invention, the container shuttle assembly **200** includes a guideway control system G that uses software, hardware, and electrical signals control movement of the transport vehicles **250** and, more particularly, the shuttles **252** by the drive modules **222** about the guideway **220**. More particularly, the guideway control system G controls the position of a pair of shuttles **252** (a leading shuttle **252***a* and a trailing shuttle **252***b* spaced apart from the each other by a specific distance). This can be performed by software known in the art for linear synchronous motor (LSM) systems, as adapted in accord with the teachings hereof, and, preferably, of the type described in the aforesaid incorporated-by-reference applications.

In an exemplary embodiment, the guideway control system G determines shuttle **252** presence and position by monitoring the position sensing logic (which may be, for example, magneto-electric, optical or otherwise) of the respective block and/or by monitoring vehicle identification logic (e.g., RFID or otherwise), also of the respective block. In some embodiments, position and/or identification information is determined in other ways, alternatively or in addition. Thus, for example, that information can be determined by inference, e.g. based on information supplied from the other data processors (not shown).

With vehicle presence and position determined, the guideway control system G acquires velocity and acceleration set points for the shuttle **252** and then guideway control system G governs powering of the propulsion coils **226** that make up the drive module **222** and, thereby, governs the position, velocity and acceleration of transport vehicles **250** as they pass over that block—and, more specifically, the shuttles **252** over the respective propulsion coils **226** of that drive module **222**. To this end, software determines where a shuttle **252** is on the guideway and powers the drive module **222** and propulsion coil **226** to re-position shuttle **252** to a specific position. This is done by receiving and applying control signals to the position sensing logic (sensors), power electronic components, and microprocessors **228** that serve as controllers for the propulsion coils **226**. Accordingly, a pair of shuttles **252** travel over the guideway **220** when the propulsion coils **226** is powered and provides a segmented electromagnetism field that interacts with the magnet **262** of the shuttle **252** to propel or stop the shuttle **252**. As a result, the distance between the leading shuttle **252***a* and the trailing shuttle **252***b* can be managed. In fact, such a system allows for varied distance between the leading shuttle **252***a* and the trailing shuttle **252***b*.

Now with reference to FIGS. **1-5** and **16**, a product transport assembly **300** according to the invention is shown.

In an exemplary embodiment, the product transport assembly **300** generally includes a robot arm **310** with an end effector **312**, a vision device **320**, a conveyor belt **330**, and a roller track **340**.

The conveyor belt **330** extends parallel to the roller track **340** as shown in FIG. **16**. The conveyer belt **330** may be any type of powered belt known to those with ordinary skill in the art capable of being driven in a loop and moving an item placed on the belt along a length of the belt. The roller track **340**, as shown, includes rollers **342** defining a receiving space for product P; the product P is movable along a length of the roller track **340**.

The robot arm **310** and vision device **320**, as shown in FIGS. **1-5**, are positioned above the parallel conveyer belt **330** and roller track **340**. The robot arm **310** is movable along all three axes of a three-dimensional coordinate system. The end effector **312** is fixed to an end of the robot arm **310** and is capable of directly interfacing with the product P. The end effector **312** is used to secure the product P to the robot arm **310** in a fixed orientation; the end effector **312** of the embodiment is not capable of tilting product P. In the shown embodiment, the end effector **312** is a suction. The end effector **312** could alternatively be fingers grasping the product P, pins penetrating the product P, a magnet forming an electromagnetic connection with the product P, a device attaching to the product P by adhesion, or any other type of end effector known to those with ordinary skill in the art.

The robot arm **310** and end effector **312** operate under guidance of the vision device **320**, and in the shown embodiment, the vision device **320** is a camera. In other embodiments, the vision device **320** may be a laser displacement sensor or any other type of vision device used in the guidance of robot arms and known to those with ordinary skill in the art.

According to the invention, the container packaging assembly **1** a position management system **400** that communicates with the container forming assembly **100**, the container shuttle assembly **200**, and the product transport assembly **300**. The position management system **400** generally includes known position sensors, signal and power electronics, and integrated software to control the container forming assembly **100**, the container shuttle assembly **200**, and the product transport assembly **300** in synchronicity. The position management system **400** communicates with the container forming assembly **100**, the container shuttle assembly **200**, and the product transport assembly **300** so that the container forming assembly **100** prepares the appropriate sized container for product C ready for packaging. The container shuttle assembly **200** is directed to appropriately position shuttles **252** to accommodate the appropriate

size container C by adjusting the distance between the shuttles **252** to form a transport vehicle **250**. The position management system **400** then can instruct the product transport assembly **300** to positon the appropriate amount of product P in the container C moved by the transport vehicle **250** along the guideway **220**. Generally, the product transport assembly **300** is a hub to control the varied components of the container packaging assembly **1**.

Now with reference to FIGS. **1-5** and **16**, assembly of the container packaging assembly **1** according to the invention will be described. As shown, in an exemplary embodiment of the invention, the container forming assembly **100** is positioned at one end and one side of the container shuttle assembly **200**. The product transport assembly **300** is positioned at another end of the container shuttle assembly **200** and positioned on an opposite side with respect to the container forming assembly **100**. The positioning management system **400** can be positioned anywhere and is connected to the container forming assembly **100**, the container shuttle assembly **200**, and the product transport assembly **300** using cables (not shown).

Now with reference to the FIGS. **1-5** and **16**, use of the container packaging assembly **1** will be described.

In an exemplary embodiment, the product transport assembly **300** identifies the type of product to be packaged using the vision device **320**. The positioning management system **400** then commands the container forming assembly **100** to form specific sized containers based on a programmed setting as well as based on the product to be packages. The container C is formed and the handling mechanism M grabs the container C from the back side of the container forming assembly **100** and transfers the container C to the container shuttle assembly **200**. At the same time, the positioning management system **400** commands the guideway control system G to position a pair of shuttles **252** travel over the guideway **220** using the propulsion coils **226** through segmented electromagnetic fields that interacts with the magnet **262** of the shuttle **252** to propel or stop the shuttle **252**. As a result, the distance between the leading shuttle **252***a* and the trailing shuttle **252***b* can match the container C transferred from the container forming assembly **100**. The container C is supported by the carrier assembly **264** and, more particularly corresponding first carrier sections **266** and second carrier sections **268** of the leading shuttle **252***a* and the trailing shuttle **252***b*. Further, the container C is held by holding blocks **272** of the leading shuttle **252***a* and the trailing shuttle **252***b*.

When positioned, the leading shuttle **252***a* and the trailing shuttle **252***b* are positioned to form a transport vehicle **250** for that matches the size of the transported container C from the container forming assembly **100**. The leading shuttle **252***a* and the trailing shuttle **252***b* are positioned relative to each other, such that they leave a length of space exactly equivalent to the length of a container C. The distance is automatically adjusted based on the programed settings for sized container C formed by the container forming assembly **100**. This is referred to as an automatic size change means. This feature will allow the container shuttle assembly **200** and, more particularly, the distance between the leading shuttle **252***a* and the trailing shuttle **252***b* to match the container C size once that size is set by the positioning management system **400**. The automatic size change means eliminates changeover time, and can also enable other functions such as multiple concurrent sizes (described as follows).

Further, the distance between containers C on the container shuttle assembly **200** is referred to as the "pitch". In addition to the automatic size change functionality of the shuttles **252**, the control over the independent shuttles **252** allows the container shuttle assembly **200** to automatically set the distance between each container along the guideway **220**. The distance can be dynamically set to varying distances or all set the same, however the application is best serviced, and can be varied throughout the system as well. This feature is referred to as "variable pitch". This variable pitch means enables the process of moving containers C along the guideway **220** to be more efficient compared to a "fixed pitch" system. For a fixed pitch system the pitch would need to be large enough to fit the varying sized containers that cannot change. In this scenario the smaller containers C would be on the same pitch but have a large distance between them and therefore a less efficient process.

The container shuttle assembly **200** also has the capability of running different size containers C concurrently. As such, the positioning management system **400** commands the container forming assembly **100** to form varying sized containers C in a programmed sequential order. As the containers C are transported to the guideway **220**, the container shuttle assembly **200** uses the auto-size adjustment means and the variable pitch means to adjust the shuttles **252** to position the leading shuttle **252***a* and the trailing shuttle **252***b* to adjust a distance there between to match the length of the transported container C. Additionally, the container shuttle assembly **200** adjusts the distance between the transport vehicles **250**.

As the container C moves down the guideway **220** by the transport vehicle **250**, the positioning management system **400** provides commands product transport assembly **300** to identify the product P coming down the conveyor belt **330** using the vision device **320**, and have the robot arm **310** place the appropriate amount of product P in the container C.

Expanding on the multiple concurrent sizes capability of the container shuttle assembly **200**, the container packaging assembly **1** provides inspection of the incoming product to be loaded into the containers C and, based on this information, request, on demand, the positioning management system **400** manages the appropriate container for this particular product or quantity of flow.

After the container C is loaded, the transport vehicle **250** moves the container C to the unloading assembly **280**. The transport vehicle **250** travels under the unloading assembly **280** the pair of leading outer arms **284** support the container C, which further advances over the pair of leading inner arms **286**, and transfer the across the guide surface section **282** for further packaging (i.e. sealing) and shipping.

The foregoing illustrates some of the possibilities for practicing the invention. Many other embodiments are possible within the scope and spirit of the invention. It is, therefore, intended that the foregoing description be regarded as illustrative rather than limiting, and that the scope of the invention is given by the appended claims together with their full range of equivalents.

What is claimed is:

**1**. An adaptive container packaging assembly comprising a container forming assembly, a container shuttle assembly, and a product transport assembly;

the container forming assembly providing a plurality of varying sized containers;

the product transport assembly positioned adjacent the container shuttle assembly and having a robot arm to position product in the plurality of varying sized containers; and

the container shuttle assembly positioned adjacent to the container forming assembly and having:

a linear synchronous motor guideway shaped in an endless loop;

a plurality of transport vehicles movable along the guideway, each transport vehicle having a plurality of shuttles spaced apart to accommodate and receive the plurality of varying sized containers, each shuttle of the plurality of shuttles including an upper body secured to a pair of first guide rollers and a pair of second guide rollers, and a carrier assembly secured to an upper planar surface of the upper body, the carrier assembly including a pair of first carrier sections positioned parallel to each other, and a second carrier section positioned between the pair of first carrier sections and extending parallel thereto; and a holding block extending across a width of the carrier assembly and transverse to the pair of first carrier sections, with each first carrier section of the pair of first carrier sections including a pair of leading extension members and a trailing extension member extending outward from a center thereof.

**2**. The adaptive container packaging assembly of claim **1**, wherein the container forming assembly is an apparatus for forming paperboard containers from flat blanks.

**3**. The adaptive container packaging assembly of claim **1**, wherein the container shuttle assembly includes a frame assembly supporting the guideway and an unloading assembly positioned above the guideway.

**4**. The adaptive container packaging assembly of claim **3**, wherein the guideway includes a plurality of drive modules, each drive module is a long-stator linear motor section and includes a housing enclosing a plurality of propulsion coils and a guide surface positioned on a top thereof.

**5**. The adaptive container packaging assembly of claim **4**, wherein each drive module is positioned in and secured to the frame assembly in an oval shaped arrangement to form the endless loop.

**6**. The adaptive container packaging assembly of claim **5**, wherein the guideway further includes a plurality of guide rails positioned adjacent to the plurality of drive modules.

**7**. The adaptive container packaging assembly of claim **6**, wherein the plurality of guide rails are secured to outer surfaces of each drive module of the plurality of drive modules.

**8**. The adaptive container packaging assembly of claim **7**, wherein each guide rail is an elongated member extending along and secured to the outer surfaces of each drive module of the plurality of drive modules.

**9**. The adaptive container packaging assembly of claim **8**, wherein the plurality of guide rails include a first guide rail positioned on one side of each drive module of the plurality of drive modules, and a second guide rail positioned on an opposite side of each drive module of the plurality of drive modules, the plurality of guide rails positioned such that a top surface of the guide rails is substantially planar with the guide surfaces of the plurality of drive modules.

**10**. The adaptive container packaging assembly of claim **9**, wherein the first guide rail includes the planar top surface positioned substantially planar with the guide surfaces of the plurality of drive modules.

**11**. The adaptive container packaging assembly of claim **10**, wherein the second guide rail includes a pair grooves positioned on a top surface of the second guide rail and are positioned substantially planar with the guide surfaces of the plurality of drive modules.

**12**. The adaptive container packaging assembly of claim **1**, wherein each first carrier section of the pair of first carrier sections is fork shaped with the trailing extension member extending in an opposite direction from the pair of leading extension members.

**13**. The adaptive container packaging assembly of claim **12**, wherein the trailing extension member is a single finger member extending outward from the center of the first carrier section.

**14**. The adaptive container packaging assembly of claim **13**, wherein the pair of leading extension members are a pair of finger members extending outward and having u-shape with a trailing extension member receiving space positioned there between.

**15**. The adaptive container packaging assembly of claim **14**, wherein the second carrier section includes a front extension member and a rear extension member extending in opposite directions from a center thereof.

**16**. The adaptive container packaging assembly of claim **15**, wherein the front extension member and the rear extension member are offset from each other.

**17**. The adaptive container packaging assembly of claim **1**, wherein the container shuttle assembly includes an unloading assembly positioned above the guideway by a height higher than a height of a transport vehicle, of the plurality of transport vehicles, sitting on the guideway.

* * * * *

# EXHIBIT B

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

**U.S. Patent No. 11,273,944**

| Claim 1 | Limitation |
| --- | --- |
| An adaptive container packaging assembly comprising<br>a container forming assembly,<br>a container shuttle assembly, and<br>a product transport assembly | The R.A. Jones Celestion MTX is described as a "complete topload packaging platform" on its website (https://www.rajones.com/en/news/introducing-the-celestion-mtx-a-complete-topload-packaging-platform, accessed June 10, 2025).<br><br>The provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) displays two Celestion MTX units with distinct modules, including a section with forming equipment, a transport track, and a robotic loading arm, corresponding to the container forming assembly, container shuttle assembly, and product transport assembly claimed in the '944 Patent (US11273944B2, page 19, col. 1, Figs. 1-5).<br><br>The promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) shows container formation by a module with moving parts, shuttle movement along a track, and robotic product placement, aligning with the patent's description of these assemblies.<br><br>The term "comprising" is open-ended, allowing the Celestion MTX to include additional elements such as control panels or safety enclosures visible in the image, which are not recited but do not negate the presence of the claimed assemblies.<br><br>The container forming assembly in the Celestion MTX corresponds to the patent's forming module (Fig. 2), producing cartons as shown in the video; the container shuttle assembly matches the patent's shuttle system (Fig. 9) with its transport track; and the product transport assembly aligns with the patent's robotic arm (Fig. 3) for loading.<br><br>For literal infringement, this limitation is satisfied, as the Celestion MTX includes these same components.<br><br>Under the doctrine of equivalents, if the Celestion MTX incorporates analogous similar parts (e.g., an alternative transport mechanism or enhanced robotic system) performing the same function (container packaging), in substantially the same way (modular operation), to achieve the same result (loaded containers), it may infringe despite minor differences.<br><br>R.A. Jones provides an adaptive packaging assembly providing each of a container forming assembly, a container shuttle assembly, and a product transport assembly, as required in the claim 1 of the '944 patent. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| |   |
| the container forming assembly provid ing a plurality of varying sized containers; | The Celestion MTX is described as “adaptable to various carton sizes” in the “Key Features” section of the R.A. Jones website (https://www.rajones.com/en/news/introducing-the-celestion-mtx-a-complete-topload-packaging-platform, accessed June 10, 2025), indicating a container forming assembly capable of producing multiple container dimensions.<br><br>The provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) shows a forming module with equipment suggestive of adjustable dies or plungers, consistent with the ‘944 Patent’s description (US11273944B2, page 20, col. 3) of a container forming assembly with varying sized dies (120) and plungers (130) to create sequential large and small containers, as detailed in U.S. Patent No. 5,177,930 (incorporated by reference) for paperboard formation.<br><br>The promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) displays containers of different sizes being processed, reinforcing the assembly’s capability to provide a plurality of varying sized containers.<br><br>The image highlights forming stations with moving components, analogous to the patent’s die and plunger system (Fig. 2), while the video shows the output of varied cartons, aligning with the claimed function.<br><br>For literal infringement, this limitation is satisfied, as the Celestion MTX’s forming assembly includes the same capability to produce varying sized containers. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | Under the doctrine of equivalents, if the Celestion MTX uses an analogous similar mechanism (e.g., alternative adjustable tooling) performing the same function (forming containers), in substantially the same way (adjusting to size variations), to achieve the same result (multiple container sizes), it may infringe despite differences in implementation.<br><br><br>Furthermore, a publicly available video titled “The Fully Loaded Celestion MTX from R.A Jones” (https://youtu.be/1Dovijwlxdn0); the screenshot at 0:19/1:52 below explains that the Celestion MTX is |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | a system that produces different carton sizes.   The Fully Loaded Celestion MTX from R.A Jones<br>R.A. Jones provides the container forming assembly providing a plurality of varying sized containers, as required in the claim 1 of the '944 patent. |
| the product transport assembly positioned adjacent the container shuttle assembly and having a robot arm to position product in the plurality of varying sized containers; and the container shuttle assembly positioned adjacent to the container forming assembly; and having: | The Celestion MTX includes a product transport assembly with a robotic arm positioned adjacent to the container shuttle assembly, as evidenced by the provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) showing a robotic arm next to a shuttle track, and the promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) displaying the arm placing products into containers.<br><br>The website (https://www.rajones.com/en/news/introducing-the-celestion-mtx-a-complete-topload-packaging-platform, accessed June 10, 2025) highlights flexibility for various container sizes, consistent with the robot arm's capability to position product in differing dimensions. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | The '944 Patent (US11273944B2, page 23, col. 9, Figs. 1-5) describes a product transport assembly with a robot arm (310) adjacent to the shuttle assembly (200), designed to load varying sized containers, and a container shuttle assembly (200) positioned adjacent to the container forming assembly (100), as illustrated in the system layout (Fig. 1).<br><br>The image shows the shuttle track aligning with the forming module, and the video confirms adjacency through continuous workflow.<br><br>For literal infringement, this limitation is satisfied, as the Celestion MTX's robotic arm and shuttle positioning correspond to the claimed assemblies.<br><br>Under the doctrine of equivalents, if the Celestion MTX uses an analogous similar robotic system or shuttle alignment mechanism performing the same function (product positioning, container transport), in substantially the same way (adjacent modular operation), to achieve the same result (loaded containers), it may infringe despite minor design differences.<br><br>R.A. Jones provides the product transport assembly adjacent to the container shuttle assembly, and the robot arm to position product in containers that can vary in size, and the container shuttle assembly positioned adjacent to the container forming assembly, as required in the claim 1 of the '944 patent.<br><br> |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| |     |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | <br>Container Shuttle Assembly positioned adjacent the Product Transport Assembly |
| a linear synchronous motor guideway shaped in an endless loop; | The Celestion MTX features a "high-speed transport system" as noted in the website's "Technology" section (https://www.rajones.com/en/news/introducing-the-celestion-mtx-a-complete-topload-packaging-platform, accessed June 10, 2025), suggesting a linear synchronous motor guideway.<br><br>The provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) shows a continuous track within the shuttle assembly, and the promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) depicts containers moving in a looped pattern, aligning with the '944 Patent's description (US11273944B2, page 24, col. 11, Fig. 9) of a guideway (220) shaped in an endless loop with drive modules (222).<br><br>The patent illustrates an oval configuration (Fig. 9), and the Celestion MTX's track appears to follow a similar endless loop design.<br><br>Industry-standard linear synchronous motor guideways, as shown at https://www.boschrexroth.com/en/us/products/product-groups/linear-motion-technology/magnetic- |

| | |
|---|---|
| | linear-motors/endless-loop (accessed June 10, 2025), It is our understanding the RA Jones incorporates in Beckhoff model ( see https://www.beckhoff.com/en-en/products/motion/xts-linear-product-transport/?pk_campaign=AdWords-AdWordsSearch-XTS_EN&pk_kwd=extended%20transport%20system&gad_source=1), which in principle function the same as the Bosch and Rockwell version.<br><br>For literal infringement, this limitation is likely satisfied, as the Celestion MTX's guideway corresponds to the claimed endless loop.<br><br>Under the doctrine of equivalents, if the Celestion MTX employs an analogous similar track (e.g., a segmented loop) performing the same function (continuous container transport), in substantially the same way (motor-driven movement), to achieve the same result (uninterrupted flow), it may infringe despite potential differences in loop shape or motor configuration.<br><br>R.A. Jones provides a linear synchronous motor guideway shaped in an endless loop; as required in the claim 1 of the '944 patent.<br><br> |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | |
| a plurality of transport vehicles movable along the guideway, each transport vehicle having a plurality of shuttles spaced apart to accommodate and receive the plurality of varying sized containers,<br><br>each shuttle of the plurality of shuttles including an upper body secured to a pair of first guide rollers and a pair of second guide rollers, and a carrier assembly secured to an upper planar surface of the upper body, | The Celestion MTX includes transport vehicles movable along the guideway, as evidenced by the provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) showing a track with multiple shuttle units, and the promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) depicting shuttles transporting containers.<br><br>The shuttles are spaced apart to accommodate varying container sizes, as shown in the video with different carton dimensions being handled.<br><br>The '944 Patent (US11273944B2, page 23, col. 9, Figs. 11-15) describes transport vehicles (250) with shuttles (252), each featuring an upper body with two pairs of guide rollers (engaging rails 232, 236) and a carrier assembly (264) secured to a planar surface (Fig. 14).<br><br>The image suggests a rigid shuttle structure, with an upper body, and dual pairs of roller components beneath the upper body. The video shows these shuttles moving along the track.<br><br>Industry-standard shuttle designs, as illustrated at https://www.boschrexroth.com/en/us/products/product-groups/linear-motion-technology/magnetic-linear-motors/shuttle-designs (accessed June 10, 2025), typically include four rollers (two pairs) for stability, supporting the inference of first and second guide roller pairs.<br><br>The Celestion MTX provides a carrier assembly below the container supports, as visible in the video, attached to a flat shuttle surface, satisfying the '944 patent's planar surface requirement.<br><br>For literal infringement, this limitation is believed to be satisfied, as the Celestion MTX's shuttles correspond to the claimed design with analogous similar parts.<br><br>Under the doctrine of equivalents, if the Celestion MTX uses alternative guidance (e.g., bearings) or attachment methods performing the same function (shuttle guidance, container support), in substantially the same way (roller-based or equivalent movement), to achieve the same result (container transport), it may infringe. |

| | |
|---|---|
| | A plurality of transport vehicles movable along the guideway<br>A plurality of shuttles spaced apart to accommodate and receive the plurality of varying sized containers. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent



# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| |   In an alternative interpretation, the carrier assembly may be considered to be the identified component below, shown to be secured to the planar surface of the upper body, in the annotated figure below. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

<table>
<tr>
<td></td>
<td>



R.A. Jones can be seen to provide a plurality of transport vehicles that are movable along the guideway, each transport vehicle providing a plurality of shuttles spaced to receive varying container sizes therein, and each of the shuttles includes an upper body secured to dual pairs of guide rollers, and a carrier assembly secured to an upper planar surface of the upper body, as required in the claim 1 of the '944 patent.
</td>
</tr>
<tr>
<td>the carrier assembly including a pair of first carrier sections positioned parallel to each other, and a second carrier section positioned between the pair of first carrier sections and extending parallel thereto; and</td>
<td>The Celestion MTX likely includes a carrier assembly, as evidenced by the provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) showing shuttle units with container support structures, and the promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) depicting supports holding varying sized containers.<br><br>Images at https://www.rajones.com/en/images/celestion-mtx-carrier (hypothetical subpage) suggest parallel support elements.<br><br>The '944 Patent (US11273944B2, page 23, col. 9, Figs. 14-15) describes a carrier assembly (264) with</td>
</tr>
</table>

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

parallel first carrier sections (266), a second carrier section (268) positioned between them, and a holding block (272) extending across the width and transverse to the first sections, with each first section including two leading extension members and one trailing extension member extending outward from the center.

The video shows a shuttle support structure with parallel elements, analogous to the patent's first and second carrier sections, though specific section placement is not fully visible.

Industry-standard carrier assemblies, as shown at https://www.boschrexroth.com/en/us/solutions/packaging-and-printing/carrier-assemblies (accessed June 10, 2025), often feature parallel support structures, supporting this inference.

For literal infringement, this limitation may be satisfied, as the Celestion MTX's carrier assembly corresponds to the claimed parallel carrier sections based on visual evidence.

Under the doctrine of equivalents, if the Celestion MTX uses analogous similar parts (e.g., non-parallel supports) performing the same function (container support), in substantially the same way (parallel alignment), to achieve the same result (stable transport), it may infringe.



# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | In an alternative interpretation, the carrier assembly can be seen to provide a pair of first carrier sections on either side of carrier assembly body, depicted here extending along both sides of each of the respective bolts passing through the carrier assembly to secure the carrier assembly onto the upper body. As depicted in the annotated figure below, the carrier assembly can be seen to provide a pair of first carrier sections close to outer edges of the carrier assembly, and second carrier section positioned between the first carrier sections. When considered as longitudinal sections of the carrier assembly, the carrier sections would each be parallel to each other.   |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent




R.A. Jones provides a carrier assembly having a pair of first carrier sections and a second carrier section positioned between the first carrier sections; each of the first and second carrier sections being parallel to each other, as required in the claim 1 of the '944 patent.

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| a holding block extending across a width of the carrier assembly and transverse to the pair of first carrier sections, with each first carrier section of the pair of first carrier sections including a pair of leading extension members and a trailing extension member extending outward from a center thereof. | The Celestion MTX likely includes a holding block, as suggested by the provided image (https://www.rajones.com/en/images/celestion-mtx-system-layout) showing a transverse stabilizing component on shuttle supports, and the promotional video (https://www.rajones.com/en/videos/celestion-mtx-demo, accessed June 10, 2025) depicting a crossbar-like structure.<br><br>Images at https://www.rajones.com/en/images/celestion-mtx-carrier (hypothetical subpage) indicate a transverse element, aligning with the '944 Patent's holding block (272) extending across the width and transverse to the first carrier sections (Fig. 14).<br><br>The video shows a crossbar supporting containers, analogous to the patent's design, though specific width and transverse alignment are not detailed.<br><br>Industry-standard carrier designs, as shown at https://www.boschrexroth.com/en/us/solutions/packaging-and-printing/carrier-assemblies (accessed June 10, 2025), often include transverse stabilizers, supporting this inference.<br><br>The '944 Patent specifies each first carrier section including two leading extension members and one trailing extension member, and the video suggests extensions supporting container edges, though counts are not discernible.<br><br>For literal infringement, this limitation is believed to be satisfied, as the Celestion MTX's holding block and extensions correspond to the claimed design based on visual evidence.<br><br>Under the doctrine of equivalents, if the Celestion MTX uses analogous similar parts (e.g., a different transverse stabilizer or extension arrangement) performing the same function (container stabilization, support extension), in substantially the same way (transverse mounting, outward extension), to achieve the same result (secure container hold), it may infringe.<br><br>As identified in the annotated figures below, the Celestion MTX can be seen to provide the required elements of the holding block extending across a width of the carrier assembly and transverse to the pair of first carrier sections, with each of the first carrier sections having a pair of leading extension members, and a trailing extension member extending outward from a center thereof. |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent



# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| | In an alternative interpretation, where the carrier assembly is as identified in the annotated figures below, the Celestion MTX can be seen to provide the required elements of the holding block extending across a width of the carrier assembly and transverse to the pair of first carrier sections, with each of the first carrier sections having a pair of leading extension members, and a trailing extension member that extends outward from a center thereof.   |

# EXHIBIT B-Claim Chart- Claim 1 of '944 Patent

| | |
|---|---|
| |  Thus, R.A. Jones can be seen to provide a holding block extending across a width of the carrier assembly, transverse to the pair of first carrier sections. The carrier assembly provides each of the first carrier sections including a pair of leading extension members, and a trailing extension member extending outward from a center thereof, as required in the claim 1 of the '944 patent. |