**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| R.A JONES & CO., <br><br> Plaintiff, <br><br> v. <br><br> JLS AUTOMATION, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 26-711-MN |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Andrew M. Moshos of Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, on behalf of JLS Automation, LLC in the above-captioned matter.

Dated: August 19, 2026

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

*/s/ Andrew M. Moshos*
Andrew M. Moshos (#6685)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
andy.moshos@wbd-us.com

*Counsel for Defendant JLS Automation, LLC*