**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.A JONES & CO.,<br><br>Plaintiff,<br><br>v.<br><br>JLS AUTOMATION, LLC,<br><br>Defendant. | C.A. No. 26-711-MN |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brett A. Schatz of WOOD, HERRON, & EVANS, LLP, to represent Plaintiff R.A Jones & Co. in the above-captioned matter.

Dated: August 21, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff R.A Jones & Co.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Brett A. Schatz is GRANTED.

Dated: August ___, 2026

____________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, the U.S. Court of Appeals 9th Circuit, the U.S. Court of Appeals 10th Circuit, and the U.S. Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 21, 2026

*/s/ Brett A. Schatz*

Brett A. Schatz
**WOOD, HERRON, & EVANS, L.L.P**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 241-2324
bschatz@whe-law.com